Daniel Feinberg – CA State Bar No. 135983
Email: dfeinberg@lewisfeinberg.com
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREA NYGARD, <br><br> Plaintiff, <br><br> vs. <br><br> MORGAN STANLEY LIFE INSURANCE PLAN, <br><br> Defendant. | Case No. C 05-02707 (PVT) <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

    Plaintiff Andrea Nygard and Defendant Morgan Stanley Life Insurance Plan by and through their counsel of record hereby stipulate and agree as follows:

    WHEREAS the parties have agreed to settlement terms and are finalizing settlement papers; and

    WHEREAS the Case Management Conference (CMC) is currently set for November 1, 2005 at 2:00 p.m.;

    THEREFORE, the parties hereby request that the Court continue the CMC in order for the parties to finalize the settlement papers and file a Stipulation of Dismissal.

Dated: October 27, 2005

LEWIS, FEINBERG,
RENAKER & JACKSON, P.C.

By: /s/ Daniel Feinberg
Daniel Feinberg
Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER [CASE NO. C 05-02707 (PVT)]    Page 1

1 | Dated: October 27, 2005

                                  BERGER KAHN

2 |                           By: _____

3 |                                   Ron Alberts
                                  Attorneys for Defendant

5 | The Court hereby orders that the Case Management Conference set for the November 1,

6 | 2005 is continued until *2:00 pm on December 13, 2005*

8 | Dated: 10/28/05                                   Patricia V. Trumbull
                                    U.S. District Court Magistrate Judge

13 | [S:\Cases\Nygard 05-13\Pleadings\CMC stipulation.wpd]

Stipulation and [Proposed] Order [Case No. C 05-02707 (PVT)]